THE STATE EX REL. COWDREY, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Cowdrey v. Indus.
Comm.* (1998), 84 Ohio St.3d 221.]

(No. 97–478—Submitted October 27, 1998—Decided December 30, 1998.)

---

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy;*
and *Thomas W. Condit,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William J. McDonald,* Assistant
Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON,
JJ., concur.

DOUGLAS, J., dissents.